Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231



U.S. District Clerk's Office
262 West Nueva St   Rm 1-400
San Antonio, TX 78207

RECEIVED
JAN 30 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SA26CA0751 JKP
MJ-ESC

San Antonio P&DC 78284 ZIP
WED 28 JAN 2026 PM

U.S. MARSHALS
RECEIVED
JAN 30 2026