IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, *Plaintiff,* vs. FAIR OFFER NETWORK LLC, A NEW HAMPSHIRE LIMITED LIABILITY; AND VINCENT MICHAEL TREFETHEN, *Defendants.* | § § § § § § § § § § § § | SA-26-CV-00751-JKP |

**ORDER REFERRING CASE TO MEDIATION**

Before the Court is the above-styled cause of action. On this day, Plaintiff and Defendant Vincent Michael Trefethen—both proceeding *pro se*—appeared at a discovery hearing before the undersigned by videoconference. During the hearing, both parties agreed to the referral of this case to a United States Magistrate Judge for mediation.

**IT IS THEREFORE ORDERED** that this case is referred to U.S. Magistrate Judge Kelly Stephenson for mediation. Upon referral, Judge Stephenson will issue a pre-mediation order regarding both scheduling the mediation and pre-mediation submissions from the parties.

**IT IS SO ORDERED.**

SIGNED this 10th day of November, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE